UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEWELDE FOTO, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 25-cv-04662-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Plaintiff filed this action on June 3, 2025. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Rita F. Lin to determine whether it is related to *B.F. et al v. Lifelong Ashby Health Center et al.*, Case No. 24-cv-04230-RFL.

**IT IS SO ORDERED.**

Dated: August 11, 2025

Donna M. Ryu
Chief Magistrate Judge